# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137740 & (10)(11)

CHRISTY ANDERSON, Guardian of the
Estate of YVETTE ANDERSON, a
Legally Incapacitated Person,
            Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
            Defendant-Appellant.

SC: 137740
COA: 289047
Wayne CC: 05-529951-NF

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

HATHAWAY, J., not participating. To avoid unnecessary delay to the parties in cases considered by this Court before I assumed office, I follow the practice of previous justices in transition and participate only in cases that need my vote to achieve a majority for a decision.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2009

p0116

Clerk